IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 2 4 2006

MICHAEL N. MILBY, CLERK OF COURT

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| v. | § | CRIMINAL NO. V-05-129 |
| CUAHTEMOC MOLINA-ZAVALA | § | |

### ORDER

The defendant's motion to accelerate sentencing is GRANTED. The sentencing in this case is accelerated to _January 26_, 2006, at 2:00 pm.

SIGNED and GRANTED this _23rd_ day of _January_, 2006, in Victoria, Texas.

_____
U.S. DISTRICT JUDGE